IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 05 125-01ML |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§841(a)(1) & (b)(1)(B) & (D) |
| MODESTO DEJESUS CASTILLO | ) | & §846 |
| a/k/a Milton Alamo | ) | |
| a/k/a Primo | ) | |
| and | ) | |
| RAMON DEJESUS CASTILLO | ) | |
| a/k/a Ramon Martinez-Rodriguez | ) | |
| a/k/a Ramon Arroyo | ) | |

INDICTMENT

The Grand Jury charges:

COUNT 1

That from a time unknown to on or about February 3, 2005, in the District of Rhode Island, the defendants, MODESTO DEJESUS CASTILLO, a/k/a Milton Alamo, a/k/a Primo, and RAMON DEJESUS CASTILLO, a/k/a Ramon Martinez-Rodriguez, a/k/a Ramon Arroyo, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B);

All in violation of 21 U.S.C. § 846.

COUNT 2

That from a time unknown to on or about February 3, 2005, in the District of Rhode Island, the defendants, MODESTO DEJESUS CASTILLO, a/k/a Milton Alamo, a/k/a Primo, and



SCANNED

13

RAMON DEJESUS CASTILLO, a/k/a Ramon Martinez-Rodriguez, a/k/a Ramon Arroyo, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(D);

All in violation of 21 U.S.C. §§ 846.

ROBERT C. CORRENTE
United States Attorney

Mary E. Rogers
Assistant U.S. Attorney

Kenneth P. Madden
First Assistant U.S. Attorney

DATE: 11/2/05