AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Modesto DeJesus Castillo

APPEARANCE

CASE NUMBER: CR 05-125-01ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

~~Modesto Castillo~~ C

Modesto DeJesus Castillo

I certify that I am admitted to practice in this court.

11-17-05
*Date*

[signature]
*Signature*

JOHN M CICILLINE
*Print Name* *Bar Number* 3350

387 atwells av
*Address*

Prov R.I. 02909
*City* *State* *Zip Code*

401-273-5600
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.