UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
DEC 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR 05-125-01 ML

MODESTO DEJESUS-CASTILLO

## MOTION TO CONTINUE

Now comes John M. Cicilline in the above-entitled cause and moves to continue the January 17, 2006 Trial and Jury Empanelment date and for reason says that the defense is still waiting for discovery and hopes that the matter will be resolve by plea agreement.

Respectfully submitted,
Modesto DeJesus-Castillo,
By his attorney,

John M Cicilline

John M. Cicilline, Esquire #3350
387 Atwells Avenue
Providence, RI 02903
Tel 401 273-5600
Fax 401 454-5600

## CERTIFICATION

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to Mary E Rogers, A.U.S.A, to the US Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this the 20th day of December, 2005.

Granted.
Mary M. Lisi
USDJ 12/20/05