United States District Court
District of Rhode Island

# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

RECEIVED
FEB 9 2006
US MARSHALS
RHODE ISLAND

***Case No. CR 05-102-01ML***

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Modesto DeJesus Castillo,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi,** District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:30 o'clock p.m.**, on the **14th** day of **February, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I did bring before the court
the within named defendant,
on the date and time ordered

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: February 7, 2006.

David A. DiMarzio, Clerk

Change of Plea Hearing

***By*** ______________________
***John Duhamel - Deputy Clerk***