FILED
JUN 02 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-125-01ML |
| | ) | |
| MODESTO DEJESUS CASTILLO | ) | |
| a/k/a Milton Alamo | ) | |
| a/k/a Primo | ) | |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING**

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and hereby move for a continuance of the Defendant's sentencing, currently scheduled before this Court on June 21, 2006. The government seeks a continuance to the month of July of 2006, or to a date that is convenient to the Court. The Defendant does not object to this request for a continuance. Defendant previously pled guilty before this Court on February 24, 2006, and therefore, the Speedy Trial Act is not implicated in this request for a continuance. As stated reasons for this request, the attorney for the government has sought a court excuse for the week of June 19 - 23, 2006, for purposes of vacation.

**GRANTED**

Mary M. Lisi
U.S.D.J. 6/5/06

The parties are aware that this request for a continuance will necessitate a continuance to the month of July or later.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 2nd day of June, 2006, I served a copy of the within Motion to Continue, by mailing same first-class mail, postage pre-paid, to:

John M. Cicilline, Esq.
387 Atwells Avenue
Providence, RI 02909

Anderson