# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR 05-125-01ML***

MAR 1 8 2006
US MARSHALS
RHODE ISLAND

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Modesto DeJesus Castillo,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **21st** day of **June, 2006,** then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**Return unexecuted, court appearance cancelled.**

**Deputy U.S. Marshal**

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: March 17, 2006.

David A. DiMarzio, Clerk

Sentencing

***By*** *Barbara Barletta*
***Barbara Barletta - Deputy Clerk***