AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## District of Rhode Island

USA v. MODESTO DE JESUS CASTILLO

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR 05-125-01 ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MARY M. LISI | GOVT AUSA MARY ROGERS | JOHN M. CICILLINE |
| * TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8.2.06 | KAREN WISCHNOWSKY | JOHN DUHAMEL |

| GOVT PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| ——— | | ——> | | | W-1 KEVIN O'BRIEN - RI STATE POLICE |
| 1 | | 8.2.06 | | ✓ | Search Warrant |
| 3 | | " | | ✓ | photos - rifle + license |
| 4 | | " | | ✓ | photos - marijuana + rifle |
| 5 | | " | | ✓ | photos - marijuana, rifle, license |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

* SENTENCING HEARING