**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR NO.: 05-125ML** |
| | : | |
| **MODESTO DEJESUS CASTILLO** | : | **August 8, 2006** |

## NOTICE OF APPEAL

Notice is hereby given of the defendant's appeal from the judgment of conviction entered as an order of this court on the 2nd day of August 2006.

Respectfully Submitted,

/S/ *John M. Cicilline*

John M. Cicilline, Esq. #3350
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office (401) 273-5600
Fax (401) 454-5600
jmcicilline387@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 8th day of August, 2006.

WENDY ROSARIO