UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

May 8, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 05-125-01ML **CCA# 06-2238**
USA v. Modesto DeJesus Castillo, a/k/a

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By_______________
John Duhamel
Deputy Clerk

Encl.: **Doc# 72 (transcript: 2/14/06 C/Plea Hearing)**
**Doc# 73 (transcript: 2/24/06 C/Plea Hearing)**
**Doc# 74 (transcript: 8/2/06 Sentencing Hearing)**
Certified docket