MANDATE

05-00125
Judge Lisi
USDCRI

# United States Court of Appeals
## For the First Circuit

---

No. 06-2238

UNITED STATES,

Appellee,

v.

MODESTO DE JESUS CASTILLO,

Defendant, Appellant.

---

Before

Boudin, Chief Judge,
Selya, Senior Circuit Judge,
and Lipez, Circuit Judge.

---

JUDGMENT

Entered: August 17, 2007

After a thorough review of the record and of the parties' submissions, we affirm on the ground that appellant, Modesto DeJesus-Castillo ("DeJesus"), waived his right to appeal his sentence, including the court's guideline calculations and any sentence imposed within the guideline range. See United States v. Teeter, 257 F.3d 14, 24-25 (1st Cir. 2001) (waiver is presumptively valid where the written plea agreement signed by the defendant "contains a clear statement elucidating the waiver and delineating its scope" and where the district court has questioned the defendant at the change of plea hearing regarding his understanding of the appeal waiver). Indeed, DeJesus has forfeited any right to challenge the validity of the waiver because he failed to address it in his opening brief. United States v. Miliano, 480 F.3d 605, 608 (1st Cir. 2007). In any event, upholding the waiver will not work a miscarriage of justice. See Teeter, 257 F.3d at 25. The testimony provided at the sentencing hearing adequately supported the court's guideline calculations.

Affirmed. See 1st Cir. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/10/07

[cc: Mary Rogers, AUSA, Donald Lockhart, AUSA, Jennifer Appleyard, Esq.]