UNITED STATES DISTRICT COURT
PROVIDENCE DIVISION

| | | |
|---|---|---|
| MODESTO DEJESUS CASTILLO | : | CR 05-125-01 ML |
| V. | : | CASE NO. 06-2238 |
| UNITED STATES OF AMERICA | : | |

MOTION FOR DISCOVERY

Come now, Petitioner, Modesto Dejesus Castillo, pro-se before the Honorable Court on this 25th day of September, 2007 asking the court to order attorney John M. Cicilline, Esq, to give up all records pertaining to my case.

A) I have informed my attorney on several occasions that I need all materials that pertain to my case and of the above date he has not given me my discovery, motion in my case, transcrips or any electronic recordings that was done in my case. I am asking the Honorable Court to get involved in this case. One, I do not know engilish and I have to get help to write motions and letter to the court. I ask the Honorable Court to order John M. Cicilline to turn over to me any and all records that pertain to the above case.

B) It has come to my attention that my attorney John M. Cicilline is being investagated for lying to the Grand Jury and taking clients money and not representing them with intergity. I gave attorney Cicilline $60,000 up front to represent me in my case. He, my attorney **promised** me that I would receive no more than four years or I would

go home because they meaning the FBI did not find any druges on me or in my procession. Not knowing the law or being able to speak good english I put my trust in him. He would come to see me without an interpter and on occasions he would get another inmate to interpte for him which is against the law. He would bring paper to me and tell me to read them, papers that were written in english and I would tell him that I could not read english, he would then tell me to sign them without reading them. One paper I did sign was when the attorney got an inmate to read it to me, the inmate told me that my attorney was telling him that by signing the paper the Goverment would drop the gun charge against me which was a lie.

In closing, it is clear to the court that I was misrepresented by my attorney John M. Cicilline, Esq, and that he took money from me and did not represent me or do for me as he infromed me that he would. I humblely askthe Honorable Court to order that attorney, John M. Cicilline give up all evidents pertaining to my case, and also order that I be given back part of my money or all of the money I paied him.

Respectfully Submitted;

Modesto D Castillo

Modesto Dejesus Castillo

Modesto Dejesus Castillo
Reg. #05683-070
FCI PETERSBURG MEDIUM
P.O. Box 90043
Petersburg, Va 23804

July 17, 2007

Rhode Island Bar Association
115 Cedar Street
Providence, RI 02903

Re: Complaint

Dear Helen D. McDonald:

I am writing this letter to lodge a formal complaint against attorney John M. Cicilline, who's a member of this bar. Attorney Cicilline represented me in a criminal matter in the U.S. District Court for the District of Rhode Island, Providence Division. The matter is captioned as follows: USA v. Dejesus Castillo et al. In that case, I was indicted for conspiracy to distribute and to possess with intent to distribute cocaine. I retained attorney Cicilline to represent me at trial. I payed attorney Cicilline $60,000 dollars up front. I pled guilty on February 23, 2006 instead of going to trial. Attorney Cicilline has refused to refund me any portion of the money that he has unearned. Attorney Cicilline has been unjustly enriched with funds that belong to me. I believe attorney Cicilline's actions are in violation of the bar rules. Accordingly, I'd like you to investigate attorney Cicilline and take the appropriate action under the circumstances I've presented herein. If there is any additional information that I can provide, please don't hesitate to contact me.

Sincerely yours,

Modesto Castillo

cc:

John M. Cicilline, Esq.
381 Atwells Avenue
Providence, RI 02909
273-5600
Fax: 454-5600
Email: jmcicilline387@aol.com

Modesto Dejesus Castillo
Reg. #05683-070
FCI PETERSBURG MEDIUM
POB 90043
Petersburg, Va 23804

July 17, 2007

John M. Cicilline,Esq.
381 Atwells Avenue
Providence, RI 02909

Dear Attorney Cicilline:

Enclosed please find a copy of a complaint that I filed against you with the Rhode Island bar Association.

Sincerely,
Modesto Castillo

Enclosure x1

cc:
Rhode Island Bar Association(w/enclosure)