UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 05-125 ML

MODESTO DEJESUS CASTILLO

ORDER

Defendant has filed a "Motion" seeking several forms of relief, many of which this Court has no authority to grant. Defendant is, however, entitled to a copy of his file from his attorney. By copy of this Order, Attorney Cicilline is directed to provide defendant with a copy of his file. In all other respects, the Motion is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
October 11 , 2007