**IN THE UNITED STATES DISTRICT COURT**
**FOR THE ~~NORTHERN~~ DISTRICT OF ~~TEXAS~~ Rhode Island**
~~Western~~
Rhode Island, Providence Division

MOTION UNDER 28 U.S.C. SECTION ~~2255~~, ~~2241~~ 2255
TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A
PERSON IN FEDERAL CUSTODY

UNITED STATES OF AMERICA

Eden Texas
PLACE OF CONFINEMENT

vs.

05683-070
PRISONER ID NUMBER

Castillo Modesto de Jesus
MOVANT (full name of movant)

1:05CR00125-01ML
CRIMINAL CASE NUMBER

(If a movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

---

**INSTRUCTIONS - READ CAREFULLY**

1. This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities needs to be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

# MOTION

1. Name and location of court that entered the judgment of conviction you are challenging:

US. District Court, Rhode Island Providence Division.

2. Date of the judgment of conviction:

08-02-2006

3. Length of sentence: 135 months

4. Nature of offense involved (all counts):

Conspiracy 21:846

5. (a) What was your plea? (Check one)

Not guilty ☐ Guilty ☒ Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge Only ☐
7. Did you testify at the trial? (Check one) Yes ☐ No ☐
8. Did you appeal from the judgment of conviction? (Check one) Yes ☐ No ☐
9. If you did appeal, answer the following:

Name of Court: __________

Result: __________

Date of result: __________

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐ No ☒

11. If your answer to 10 was "Yes" give the following information:

Name of Court: __________

Nature of proceeding:

Grounds raised:

Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☒

Result: __________

Date of result: __________

As to any *second* petition, application or motion, give the same information:

Name of Court: __________

Nature of proceeding:

Grounds raised:

Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☒

Result: __________

Date of result: __________

As to any *third* petition, application or motion, give the same information:

Name of Court: ____________________

Nature of proceeding:

Grounds raised:

Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☒

Result: ____________________

Date of result: ____________________

Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

| | | |
|---|---|---|
| First petition, etc. | Yes ☐ | No ☒ |
| Second petition, etc. | Yes ☐ | No ☒ |
| Third petition, etc. | Yes ☐ | No ☒ |

If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

A. Ground One:

Inefective asistance of Lawyer.

Supporting FACTS (tell your story briefly without citing cases or law):

The defendant attorney coerced the defendant To plead guilty To the charge, that he will Talk To the D.A. and To sign a plea agreement with a deal of Sentence To 46 To 57 months.
the defendant signed, but he never get a copy of it

B. Ground Two:

P.S.I. never readit To the defendant.

Supporting FACTS (tell your story briefly without citing cases or law):

The lawyer for the defendant never give him his P.S.I. and when he was at front of the judge never got asked about the P.S.I. he never readit he really don't Know what he was specting in this matter. I do ask for Justice.

C. Ground Three:

Manager or leader

Supporting FACTS (tell your story briefly without citing cases or law):

the defendant never was a manager or leader even the federal agent was looking for the leader by name (Juan francisco de jesus) he confuse me with my brother, later on the officer told me that he was looking for my brother, not for me because he did have a warrant for his arrest. so if he was looking for my brother how I can be the leader?
I'm play To this Court for the credit back in the matters of justice.

D. Ground Four:

Prejudice by the Judge.

Supporting FACTS (tell your story briefly without citing cases or law):

the defendant say few words to the Judge and aparently she get upset and mad, and she said that only because the expresion she will give him more time. She got so angry. that she take my case over board.
I'm pray to this Court for help and also apologize for my improper actitud. regarding my words.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

I leave every thing in the hands of my lawyer and he did a completely mess in my case.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) And give date and length of sentence to be served in the future:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☒

Wherefore, movant prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

Firm Name

Address

City, State & Zip Code

Telephone (including area code)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 08-25-08 (date).

Modesto Castillo

Modesto dejesus Castillo